# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MELISSA CARSON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE HOME DEPOT, INC.,<br><br>    Defendant. | Civil Action No. 1:21-cv-04715-TWT |

## ORDER

THIS MATTER having come before the court on The Home Depot, Inc.'s Consent Motion for Extension of Time to Reply to Plaintiff's Response in Opposition, it is hereby ORDERED that the Motion is GRANTED and Defendant The Home Depot, Inc. is GRANTED leave to file its reply to Plaintiff's response in opposition through and including March 15, 2022.

ON THIS __2nd__ day of ____March____, 2022,

_____
Thomas W. Thrash Jr.
United States District Judge
Northern District of Georgia