UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MELISSA CARSON,<br>*Individually and on behalf of all others similarly situated,*<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>THE HOME DEPOT, INC.,<br><br>　　　　　　　Defendant. | CIVIL ACTION FILE<br><br>NO. 1:21-CV-4715-TWT |

## J U D G M E N T

This action having come before the court, Honorable Thomas W. Thrash, Jr., United States District Judge, for consideration of defendant's Corrected Motion To Compel Arbitration or, in The Alternative, to Dismiss Plaintiff's First Amended Class Action Complaint, and the court having GRANTED in part and DENIED in part said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 26th day of July, 2022.

　　　　　　　　　　　　　　　　　　　KEVIN P. WEIMER
　　　　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By:　  s/J. Arnold  
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
July 26, 2022
Kevin P. Weimer
Clerk of Court

By: 　 s/J. Arnold  
　　　　Deputy Clerk